# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ANTHONEE PATTERSON,

        Petitioner

        v.

KENNETH SHELTON, INDIVIDUALLY
AND IN HIS CAPACITY AS PRESIDENT
OF THE BOARD OF TRUSTEES, OF THE
CHURCH OF THE LORD JESUS CHRIST
OF THE APOSTOLIC FAITH, INC.,

        Respondent

: No. 18 EAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.